The People of the State of New York,
against
Dylan Gerry, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Charlotte E. Davidson, J.), rendered May 1, 2017, after a nonjury trial, convicting him of criminal trespass in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Charlotte E. Davidson, J.), rendered May 1, 2017, affirmed. The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the trial court's credibility determinations, in which it accepted the police officer's version of the turnstile-jumping incident and rejected defendant's.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: September 18, 2019